MORSE v. CURTIS

No. 145 PC.

Case below: 20 N.C. App. 96.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974. Appeal dismissed ex mero motu for lack of substantial constitutional question 5 March 1974.

STATE v. BARRETT

No. 15 PC.

Case below: 20 N.C. App. 419.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

STATE v. BLOUNT

No. 17 PC.

Case below: 20 N.C. App. 448.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

STATE v. BOYD

No. 63.

Case below: 20 N.C. App. 475.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 March 1974.

STATE v. BRIGGS

No. 18 PC.

Case below: 20 N.C. App. 61.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.